**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON VALDES, on his own behalf
and on behalf of those similarly situated,

   Plaintiff,

vs.          CASE NO.: 8:13-cv-2818-T-17EAJ

PROSPECT OF TAMPA, LTD., CO., a
Florida Corporation and SCOTT
MUCKLOW,  individually,

     Defendants.   /
_____

<u>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 12]**</u>

   COMES NOW the Plaintiff, AARON VALDES, by and through his undersigned counsel, and files his response to Order to Show Cause [D. E. 12] and states as follows:

   1.  Due to scheduling conflicts and their initial focus on making good-faith attempts to resolve the matter without need for additional litigation, the parties were not able to conduct the Case Management Conference until February 7, 2014, and planned to submit the Case Management Report within 14 days of the conference.  The Conference itself was scheduled as of January 2, 2014, which was prior to the Court's initial deadline to conduct the Conference. Plaintiff's counsel has at all times been diligent in litigating this matter, and has filed the Case Management Report today.  As such, the matter should not be dismissed for want of prosecution.

   2.  Undersigned counsel recognizes that, upon realizing that the parties would require additional time to conduct the Case Management Conference, she should have filed a motion for extension, requesting leave to conduct same after the deadline.  Undersigned counsel takes her

1

commitment to honoring Court deadlines very seriously, and apologizes for any inconvenience or burden to the Court caused by the failure to file a motion for extension.

Respectfully submitted,

      Dated this 18th day of February, 2014.

**/s/ANGELI MURTHY**
Angeli Murthy, Esquire
FBN:  088758
MORGAN & MORGAN, P.A.
600 N. Pine Island Road
Suite 400
Plantation, FL 33324
Telephone: 954-318-0268
Facsimile: 954-327-3016
E-mail:  AMurthy@forthepeople.com
*Trial Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ ANGELI MURTHY</u>
Angeli Murthy, Esq.