UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON VALDES, on his own behalf
and on behalf of those similarly situated,

       Plaintiff,

vs.                            CASE NO.:   8:13-cv-2818-T-17EAJ

PROSPECT OF TAMPA, LTD., CO., a
Florida Corporation and SCOTT
MUCKLOW, individually,

       Defendants.     /

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW the Parties to this matter, by and through counsel, and stipulate to the dismissal of this case and any and all claims asserted herein, with prejudice, with each side to bear its own fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 23rd day of October, 2014.

| | |
|---|---|
| **/s/Angeli Murthy** | **/s/Andrew R. Lincoln** |
| Angeli Murthy, Esquire | Andrew R. Lincoln |
| FBN: 088758 | FBN: 69588 |
| Morgan & Morgan, P.A. | Tracey K. Jaensch |
| 600 N. Pine Island Road | FBN: 907057 |
| Suite 400 | Ford Harrison |
| Plantation, FL 33324 | 101 E. Kennedy Boulevard |
| Telephone: 954-318-0268 | Suite 900 |
| Facsimile: 954-327-3016 | Tampa, FL 33602-5133 |
| Email: AMurthy@forthepeople.com | Telephone: 813-261-7800 |
| Trial Attorneys for Plaintiff | Facsimile: 813-261-7899 |
| | Email: dlincoln@fordharrison.com |
| | tjaensch@fordharrison.com |
| | Trial Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing all counsel of record.

**/s/ ANGELI MURTHY**
Angeli Murthy, Esquire
